FILED

SEP 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | No CR-11-209-AWI |
| ) | |
| vs. ) | ORDER OF RELEASE |
| ) | |
| MARIO RAMIREZ LANDA, ) | |
| ) | |
| Defendant. ) | |

The above named defendant having been sentenced on September 6, 2011 to time served.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.

DATED: 9-6-11

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm